Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
**COX WOOTTON LERNER GRIFFIN & HANSEN, LLP**
12011 San Vicente Blvd # 600
Los Angeles, CA 90049
Telephone Number: (310) 440-0020
Fax Number: (310) 440-0015
E-mail:  nsl@cwlfirm.com
         mmorkos@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| In the matter of the Complaint of<br><br>JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 5:19-cv-00390- JGB (KKx)<br><br>**DECLARATION OF MINA M. MORKOS IN SUPPORT OF PLAINTIFFS-IN-LIMITATION NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANT TODD W. LEWIS' JURY DEMAND**<br><br>Date:    July 1, 2019<br>Time:    9:00 a.m.<br>Place:   Courtroom 1<br>         3470 Twelfth Street<br>         Riverside, CA 92501 |

I, Mina M. Morkos, declare:

    1.    I am an attorney admitted to practice before all federal and state courts in the State of California.  I am an attorney at the law firm of Cox, Wootton, Lerner, Griffin & Hansen, LLP, attorneys of record for the Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON ("PLAINTIFFS-IN-LIMITATION").  I have personal knowledge of the facts stated herein except as to

1

**DECLARATION OF MINA M. MORKOS IN SUPPORT OF PLAINTIFFS-IN-LIMITATION NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANT TODD W. LEWIS' JURY DEMAND**

1  those matters stated to be based on information and belief, and as to those matters, I believe them to be true. If called as a witness could and would testify competently to the matters stated herein.

2. On May 9, 2019, I made a call to counsel for Claimants, TODD W. LEWIS, individually and as Executor of the Estate of CHRISTINE LEWIS, and as Guardian for minors K.L., C.L., Z.L., and we discussed the issues with his pleadings and a potential solution in the form of a signed stipulation, and counsel for Claimant agreed to the resolution proposed.

3. A stipulation with the information discussed was sent to Counsel for Claimant via email on May 20, 2019.

4. The parties were unsuccessful in their efforts to reach the stipulation.

5. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 9, 2019, and subsequent written communications May 20, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May 2019, at Los Angeles, California.

/s/ Mina M. Morkos
Mina M. Morkos