Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
**COX WOOTTON LERNER GRIFFIN & HANSEN, LLP**
12011 San Vicente Blvd # 600
Los Angeles, CA 90049
Telephone Number: (310) 440-0020
Fax Number: (310) 440-0015
E-mail:  nsl@cwlfirm.com
              mmorkos@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| In the matter of the Complaint of<br><br>JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 5:19-cv-00390- JGB (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S MOTION TO STRIKE CLAIMANT TODD W. LEWIS' JURY DEMAND**<br><br>Date:         July 1, 2019<br>Time:         9:00 a.m.<br>Place:        Courtroom 1<br>                   3470 Twelfth Street<br>                   Riverside, CA 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the date set forth in the record, Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON ("PLAINTIFFS-IN-LIMITATION") Motion to Strike Claimant TODD W. LEWIS's Jury Demand came on for hearing before the Court on July 1, 2019 at 9:00 a.m.

1

1  After full consideration of the papers submitted by the parties and all other
2  matters presented or argued before the Court;

3  IT IS ORDERED THAT:

4  
5  The jury demand made by Clamant TODD W. LEWIS in his claim against
6  PLAINTIFFS-IN-LIMITATION is stricken on the grounds that, as a general rule,
7  claimants in an Admiralty Limitation of Liability Action are not entitled to a jury
8  trial, and on the grounds that none of the exceptions to that general rule apply.

9  
10  Dated: _____, 2019         _____
11                                     Honorable Jesus G. Bernal
12                                     United States District Court
                                       Central District of California