Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
**COX WOOTTON LERNER**
**GRIFFIN & HANSEN, LLP**
12011 San Vicente Blvd # 600
Los Angeles, CA 90049
Telephone Number: (310) 440-0020
Fax Number: (310) 440-0015
E-mail:  nsl@cwlfirm.com
        mmorkos@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| In the matter of the Complaint of<br><br>JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 5:19-cv-00390- JGB (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS-IN-LIMITATION'S MOTION TO STRIKE CLAIMANTS DENIS OLSON, LANCE NELSON, ASHLEY HEITZMAN AND GRANT PACEWICZH'S JURY DEMAND, REFERENCE TO DIVERSITY JURISDICTION AND REFERENCE TO COUNTERCLAIM**<br><br>Date:     July 1, 2019<br>Time:    9:00 a.m.<br>Place:   Courtroom 1<br>           3470 Twelfth Street<br>           Riverside, CA 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on the date set forth in the record, Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON

1

("PLAINTIFFS-IN-LIMITATION") Motion to Strike Claimant DENISE OLSON, individually, and as personal representative of the ESTATE OF KIRRA IDELLA DRURY, LANCE NELSON, ASHLEY HEITZMAN, and GRANT PACEWICZH (collectively referred to as "Claimants" jury demand, reference to diversity jurisdiction and reference to "counterclaim" came on for hearing before the Court on July 1, 2019 at 9:00 a.m.

After full consideration of the papers submitted by the parties and all other matters presented or argued before the Court;

IT IS ORDERED THAT:

The jury demand, including the request for an advisory jury, made by Claimants against PLAINTIFFS-IN-LIMITATION is stricken on the grounds that, as a general rule, claimants in an Admiralty Limitation of Liability Action are not entitled to a jury trial, and on the grounds that none of the exceptions to that general rule apply.

IT IS FURTHER ORDERED THAT:

Claimants' reference to diversity jurisdiction is stricken on the grounds that Claimants and Plaintiffs-in-Limitation are all "citizens of California" as admitted in the pleadings.

IT IS FURTHER ORDERED THAT:

The word "counterclaim" is stricken from Claimants' pleading and replaced with the procedurally proper term "Claim". *See* Supplemental Rules of Admiralty, Rule F(5).

Dated: _____, 2019

_____
Honorable Jesus G. Bernal
United States District Court
Central District of California