# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is 12011 San Vicente Boulevard, Suite 600, Los Angeles, CA  90049

  On May 24, 2019 I served the following document(s):

**1) PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANTS' JURY DEMAND**
**2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S MOTION TO STRIKE CLAIMANT'S JURY DEMAND**
**3) DECLARATION OF MINA M. MORKOS IN SUPPORT OF PLAINTIFFS-IN-LIMITATION NOTICE OF MOTION AND MOTION TO STRIKE JURY DEMAND**
**4) [PROPOSED] ORDER GRANTING PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S MOTION TO STRIKE CLAIMANTS' JURY DEMAND**

☒ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(PERSONAL VIA MESSENGER)** I am responsible for same-day service by messenger (hand delivery) to the offices of the addressee(s) on the service list.

☐ **(BY FEDERAL EXPRESS)** I am responsible for service by Federal Express to the above address with guaranteed delivery by 11:00 a.m. no later than the next business day after the date of this proof of service.

☒ **(BY ECF)** I electronically served the referenced documents through ECF/PACER.  E-service in this action was completed on all parties listed on the service list with ECF/PACER.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

            /s/ Robin Sanders
            Robin Sanders

# SERVICE LIST

USDC Case No.: 5:19-cv-00390- JGB (KKx)

In the matter of the Complaint of
JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.
For exoneration from, or limitation of, liability

| *ADDRESSEE* | *PARTY* |
|---|---|
| Manny Ibay<br>Ibay Law Group<br>10520 Venice Boulevard<br>Culver City, CA 90232<br>Telephone: 310-838-6788<br>Facsimile:310-838-9788<br>Lola@Ibaylaw.com | Attorneys for Claimants<br>Ashley Heitzman and Grant Pacewiczh |
| Martin H. Mathers<br>Gage & Mathers<br>2525 East Arizona Biltmore Circle<br>Suite A-114<br>Phoenix, AZ 85016<br>Telephone: 602-258-0604<br>Facsimile: 602-258-8287 | Attorneys for Claimant<br>Lance Nelson |
| Daniel R. Baradat<br>Baradat & Paboojian, Inc.<br>720 West Alluvial<br>Fresno, CA 93711<br>Telephone: 559-431-5366<br>Facsimile: 559-431-1702<br>drb@bplaw-inc.com<br>kbk@bplaw-inc.com | Attorneys for Claimant<br>Todd Lewis, and minors, etc. |
| James William Alcantara, Esq.<br>Alcantara & Associates<br>525 North Miller Road, Unit 126<br>Scottsdale, AZ 85257-4650 | Attorneys for Survivors of<br>Brian Grabowski and Foremost Insurance Company |
| Arnie Goldstein, Esq.<br>Goldstein, Gurbuz & Robertson<br>15910 Ventura Boulevard,<br>Suite 1019<br>Encino, CA 91436<br>Telephone: 818-907-5100<br>Facsimile: 818-907-5105<br>arnie@ggrlaw.com<br><br>Ari Lorin Markow, Esq.<br>Manning & Kass, Ellrod, Ramirez, Trester<br>801 South Figueroa Street,<br>15th Floor<br>Los Angeles, CA 90017 | Attorneys for Denise Olson Drury, individually and as personal representative of Estate of Kirra Drury |

| ADDRESSEE | PARTY |
|---|---|
| Telephone: 213-624-6900<br>Facsimile: 213-624-6999<br>alm@manningllp.com | |
| Carlos F. Llinas Negret<br>Stuart R. Fraenkel, Esq.<br>Gretchen M. Nelson, Esq.<br>Nelson & Fraenkel, LLP<br>601 South Figueroa Street,<br>Suite 2050<br>Los Angeles, CA 90017<br>Telephone: 844-622-6469<br>Facsimile: 213-622-6019<br>stuart@nflawfirm.com<br>cllinas@nflawfirm.com | Attorneys for Claimants/Counter-Plaintiffs/Third-Party Plaintiffs, Denise Olson Drury, individually and as personal representative of the Estate of Kirra Idella Drury, Lance Nelson, Ashley Heitzman and Grant Pacewiczh |
| Kevin R. Boyle, Esq.<br>Andrew Owen, Esq.<br>Panish Shea & Boyle<br>11111 Santa Monica Boulevard<br>Suite 700<br>Los Angeles, CA 90025<br>Telephone: 310-477-1700<br>Facsimile: 310-477-1699<br>Boyle@pshlaw.com<br>owen@psblaw.com | Attorneys for Jordan Heitzig |
| Steven M. Campora, Esq.<br>Dreyer Babich Buccola Wood Campora, LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>Telephone: 916-379-3500<br>Facsimile: 916-379-3599<br>scampora@dbbwc.com | Attorneys for Survivors of Brian Grabowski and Tabby Grabowski |
| Nick Pritchett, Esq.<br>Williams, Brodersen, Pritchett & Burke LLP<br>2222 West Main Street<br>Visalia, CA 93291<br>Telephone: 559-635-9000<br>Facsimile: 559-635-9085<br>nick@visalialawyers.com | Attorneys for Claimants Gaylynn Heitzig and Scott Heitzig |

PROOF OF SERVICE