Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
**COX WOOTTON LERNER GRIFFIN & HANSEN, LLP**
12011 San Vicente Blvd # 600
Los Angeles, CA 90049
Telephone Number: (310) 440-0020
Fax Number: (310) 440-0015
E-mail:  nsl@cwlfirm.com
         mmorkos@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| In the matter of the Complaint of<br><br>JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 5:19-cv-00390- JGB (KKx)<br><br>**PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANT JORDAN HEITZIG'S JURY DEMAND**<br><br>Date:  July 1, 2019<br>Time:  9:00 a.m.<br>Place:  Courtroom 1<br>        3470 Twelfth Street<br>        Riverside, CA 92501 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 1, 2019, at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 1, Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON ("PLAINTIFFS-IN-LIMITATION"), will move, pursuant to Rule 12(f) of the Federal Rules of Civil

1 Procedure, and hereby do move this Court to strike the jury demand of Claimant JORDAN HEITZIG ("Claimant") contained in her Claim, pursuant to Rule 39(a) of the Federal Rules of Civil Procedure, on the grounds that there is no legal right to a jury on the Claims filed by the Claimant in this action for exoneration of or limitation of liability, which is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

## **MOTION TO STRIKE**

This Motion to Strike is based upon this Notice of Motion and the Memorandum of Points and Authorities filed concurrently herewith. It is also based on the pleadings, documents, and court records on file in this action and upon such further oral and/or documentary evidence or argument as may be presented at the hearing on this Motion. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 9, 2019.

DATED: May 24, 2019

COX WOOTTON LERNER
GRIFFIN & HANSEN LLP

By:   /s/ Mina M. Morkos
    Neil S. Lerner. Esq.
    Mina M. Morkos, Esq.
    Attorneys for Plaintiffs-in-Limitation: JEREME CRIST, ERICA CRIST, and JOANNA JACKSON