Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
**COX WOOTTON LERNER GRIFFIN & HANSEN, LLP**
12011 San Vicente Blvd # 600
Los Angeles, CA 90049
Telephone Number: (310) 440-0020
Fax Number: (310) 440-0015
E-mail: nsl@cwlfirm.com
         mmorkos@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| In the matter of the Complaint of | Case No.: 5:19-cv-00390- JGB (KKx) |
|---|---|
| JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | **[PROPOSED] ORDER GRANTING PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S MOTION TO STRIKE CLAIMANT JORDAN HEITZIG'S JURY DEMAND**<br><br>Date:  July 1, 2019<br>Time:  9:00 a.m.<br>Place:  Courtroom 1<br>         3470 Twelfth Street<br>         Riverside, CA 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the date set forth in the record, Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON ("PLAINTIFFS-IN-LIMITATION") Motion to Strike Claimant JORDAN HEITZIG's Jury Demand came on for hearing before the Court on July 1, 2019 at 9:00 a.m.

1

After full consideration of the papers submitted by the parties and all other matters presented or argued before the Court;

IT IS ORDERED THAT:

The jury demand made by Clamant JORDAN HEITZIG in her claim against PLAINTIFFS-IN-LIMITATION is stricken on the grounds that, as a general rule, claimants in an Admiralty Limitation of Liability Action are not entitled to a jury trial, and on the grounds that none of the exceptions to that general rule apply.

Dated: _____, 2019          _____
                                    Honorable Jesus G. Bernal
                                    United States District Court
                                    Central District of California