Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
**COX WOOTTON LERNER GRIFFIN & HANSEN, LLP**
12011 San Vicente Blvd # 600
Los Angeles, CA 90049
Telephone Number: (310) 440-0020
Fax Number: (310) 440-0015
E-mail:  nsl@cwlfirm.com
             mmorkos@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| In the matter of the Complaint of<br><br>JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 5:19-cv-00390- JGB (KKx)<br><br>**DECLARATION OF MINA M. MORKOS IN SUPPORT OF PLAINTIFFS-IN-LIMITATION NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANT TABBY GRABOWSKI'S JURY DEMAND**<br><br>Date:        July 1, 2019<br>Time:        9:00 a.m.<br>Place:       Courtroom 1<br>                 3470 Twelfth Street<br>                 Riverside, CA 92501 |

I, Mina M. Morkos, declare:

    1.    I am an attorney admitted to practice before all federal and state courts in the State of California.  I am an attorney at the law firm of Cox, Wootton, Lerner, Griffin & Hansen, LLP, attorneys of record for the Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON ("PLAINTIFFS-IN-

1

**DECLARATION OF MINA M. MORKOS IN SUPPORT OF PLAINTIFFS-IN-LIMITATION NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANT TABBY GRABOWSKI'S JURY DEMAND**

LIMITATION"). I have personal knowledge of the facts stated herein except as to those matters stated to be based on information and belief, and as to those matters, I believe them to be true. If called as a witness could and would testify competently to the matters stated herein.

2. I made a phone call to counsel for Claimant, Tabby Grabowski, on May 16, 2019 and left a voicemail requesting a call back to discuss the issue with his pleading.

3. When there was no call back, I sent an email to counsel for Claimant on May 19, 2019, referencing my voicemail and requesting a call back.

4. On May 20, 2019, counsel for Claimant called me back and we discussed the issue with and a potential solution of a signed stipulation, and counsel for Claimant agreed to the resolution proposed.

5. A stipulation with the information discussed was sent to Counsel for Claimant via email on May 20, 2019.

6. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 20, 2019, after prior good faith attempts to conference were not returned.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May 2019, at Los Angeles, California.

                                          /s/ Mina M. Morkos
                                          Mina M. Morkos

2

**DECLARATION OF MINA M. MORKOS IN SUPPORT OF PLAINTIFFS-IN-LIMITATION NOTICE OF MOTION AND MOTION TO STRIKE CLAIMANT TABBY GRABOWSKI'S JURY DEMAND**