1  Neil S. Lerner (SBN 134031)
   Mina M. Morkos (SBN 297160)
2  **COX WOOTTON LERNER**
   **GRIFFIN & HANSEN, LLP**
3  12011 San Vicente Blvd # 600
   Los Angeles, CA 90049
4  Telephone Number: (310) 440-0020
   Fax Number: (310) 440-0015
5  E-mail:  nsl@cwlfirm.com
            mmorkos@cwlfirm.com
6
7  Attorneys for Plaintiffs-in-Limitation,
   JEREME CRIST, ERICA CRIST and JOANNA JACKSON,

8              **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)**

| In the matter of the Complaint of | Case No.: 5:19-cv-00390- JGB (KKx) |
|---|---|
| JEREME CRIST, ERICA CRIST, and JOANNA JACKSON, as the owners of a certain 2004 26' Sleekcraft Enforcer, bearing Hull Identification Number NAS2606E404, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | **[PROPOSED] ORDER GRANTING PLAINTIFFS-IN-LIMITATION JEREME CRIST, ERICA CRIST, AND JOANNA JACKSON'S MOTION TO STRIKE CLAIMANT TABBY GRABOWSKI'S JURY DEMAND**<br><br>Date:       July 1, 2019<br>Time:       9:00 a.m.<br>Place:      Courtroom 1<br>            3470 Twelfth Street<br>            Riverside, CA 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the date set forth in the record, Plaintiffs-in-Limitation JEREME CRIST, ERICA CRIST, and JOANNA JACKSON ("PLAINTIFFS-IN-LIMITATION") Motion to Strike Claimant TABBY GRABOWSKI's Jury Demand came on for hearing before the Court on July 1, 2019 at 9:00 a.m.

After full consideration of the papers submitted by the parties and all other matters presented or argued before the Court;

IT IS ORDERED THAT:

The jury demand made by Clamant TABBY GRABOWSKI in her claim against PLAINTIFFS-IN-LIMITATION is stricken on the grounds that, as a general rule, claimants in an Admiralty Limitation of Liability Action are not entitled to a jury trial, and on the grounds that none of the exceptions to that general rule apply.

Dated: _____, 2019        _____
                                    Honorable Jesus G. Bernal
                                    United States District Court
                                    Central District of California