JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| In re: the Matter of the Complaint of Jereme Crist, Erica Crist, and Joanna Jackson | Case No. EDCV 5:19-CV-390 JGB (KKx) |

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Default Judgment against all potential claimants that have not appeared in this action is GRANTED. The Court DECLARES that: Plaintiff-in-Limitation Tabby Grabowski is completely exonerated from all liability for any and all claims by any and all claimant(s) who have not filed their claims against Plaintiff-in-Limitation and/or her vessel or otherwise appeared in this action.

Judgment is entered in favor of Plaintiff-in-Limitation Tabby Grabowski.

Dated: August 26, 2020

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge