JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| In re: the Matter of the Complaint of Jereme Crist, Erica Crist, and Joanna Jackson | Case No. EDCV 5:19-CV-390 JGB (KKx) |
|---|---|

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Default Judgment against all potential claimants that have not appeared in this action is GRANTED. The Court DECLARES that: Plaintiffs-in-Limitation Jereme Crist, Erica Crist, and Joanna Jackson are completely exonerated from all liability for any and all claims by any and all claimant(s) who have not filed their claims against Plaintiffs-in-Limitation and/or their vessel or otherwise appeared in this action.

Judgment is entered in favor of Plaintiffs-in-Limitation Jereme Crist, Erica Crist, and Joanna Jackson.

Dated: August 26, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge